IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00589-REB-PAC

TIMOTHY DOYLE YOUNG,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).
_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that plaintiff's Request for Relief (Doc. #88), filed June 21, 2006 is **DENIED**.  Plaintiff is reminded that he must file a complaint in a new civil action and pay the $350.00 filing fee, or tender his complaint to the court along with a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915.  *See* June 21, 2006 Minute Order.  Plaintiff is also reminded of his obligation to sign any pleadings submitted to the court.

Dated:  July 10, 2006