IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00589-REB-PAC

TIMOTHY DOYLE YOUNG,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that plaintiff's Motion for Leave to Amend (Doc #92), filed July 21, 2006, is **DENIED** for the reasons set forth in the court's June 21, 2006 and July 10, 2006 Minute Orders.

Dated:  August 3, 2006